IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:24-CV-00658-D-BM

| | |
|---|---|
| CORVIAS MANAGEMENT-ARMY, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Defendant Navigators Specialty Insurance Company's Motion to Seal pursuant to Local Civil Rule 79.2. For good cause shown, the Motion is GRANTED, and the redacted portions of the Navigators Specialty Insurance Company's and Philadelphia Indemnity Insurance Company's Third-Party Complaint Against Illinois Union Insurance Company shall remain under seal pending further other by Court.

This the 15 day of August, 2025.

Hon. James C. Dever III
U.S. District Court Judge